UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK PETERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAN M. HANTMAN,<br>Architect of the Capitol,<br>Office of the Architect of the Capitol,<br><br>    Defendant. | Civil Action No. 02-2552 (RWR/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Plaintiff's Motion for Discovery Sanctions [#53] is **DENIED.**

**SO ORDERED.**

_____
JOHN M. FACCIOLA
Dated:                                                               UNITED STATES MAGISTRATE JUDGE